IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:21-MJ 414 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| MURTAZA NAZARY, | ) | Court Date: December 27, 2021 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class B Misdemeanor- 1120827)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 9, 2021, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, MURTAZA NAZARY, did unlawfully go upon a military installation for a purpose prohibited by law, to wit: attempting to get on base to see friends and family without permission.

(Violation of Title 18, United States Code, Section 1382)

Respectfully Submitted,

Jessica D. Aber
United States Attorney

*[signature]* for
Colin P. Norton
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 21 day of December 2021 to the defendant's home of record.

By: *[signature]* for
Colin P. Norton
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
colin.norton@usdoj.gov